COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:           July 3, 2013

Case Numbers:   03-13-00182-CR; 03-13-00183-CR; 03-13-00184-CR; 03-13-00185-CR
Trial Court Nos.:  CR-09-0509; CR-09-0522; CR-10-0921; CR-09-0521

Style:          Ray Mendoza Miranda v. The State of Texas

You are hereby informed that appellant's motion for rehearing was granted on the date noted above. Also, the enclosed opinion was sent this date to the following persons:

Bruce Boyer
Judge, 22nd District Court
712 S Stagecoach Trail
San Marcos, TX

The Honorable Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, TX 78711

The Honorable Sherri Tibbe
Hays County District Attorney
Hays County Government Center
712 South Stagecoach Trail, Suite 2057
San Marcos, TX 78666

Mr. C. Wayne Huff
P. O. Box 2334
Boerne, TX 78006

The Honorable Beverly Crumley
Hays County District Clerk
Hays County Government Center, Suite 2211
712 South Stagecoach Trail
San Marcos, TX 78666